Certificate Number: 12433-PAE-DE-036997678

Bankruptcy Case Number: 19-12837



12433-PAE-DE-036997678

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 23, 2022, at 3:23 o'clock PM EST, Josand A. Bishop completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 23, 2022                By:    /s/Lisa Susoev

                                         Name:  Lisa Susoev

                                         Title: Teacher