United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-12837-mdc

Josand A Bishop     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Dec 15, 2022     Form ID: 138OBJ     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Josand A Bishop, 4601 Marple Street, Philadelphia, PA 19136-3701 |
| 14318405 | | Aria Health, PO Box 829778, Philadelphia, PA 19182-9778 |
| 14318406 | | Aria Health Physician Services, P.O. Box 8500-6335, Philadelphia, PA 19178-6335 |
| 14318409 | # | Diagnostic Imaging Inc., P.O. Box 335, Indianapolis, IN 46206-0335 |
| 14345000 | + | Kinecta Federal Credit Union, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14334508 | + | MNAP Diagnostic Imaging LLC, 9908 Roosevelt Blvd, Philadelphia PA 19115-1705 |
| 14318411 | + | MNAP Diagnostic Imaging, LLC, 9908 E. Roosevelt Blvd., Philadelphia, PA 19115-1705 |
| 14318417 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14333405 | + | PNC BANK, NATIONAL ASSOCIATION, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14332670 | | PNC BANK, NATIONAL ASSOCIATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14318419 | + | Rasmussen College, Business Office, 1415 West 22nd Street, Suite 400, Oak Brook, IL 60523-2023 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2022 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14318404 | + | Email/Text: backoffice@affirm.com | Dec 16 2022 00:28:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14318407 | + | Email/Text: bk@avant.com | Dec 16 2022 00:27:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 14384184 | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14411138 | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14318408 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:28:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14348584 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 16 2022 00:27:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Saint Cloud Mn 56302-9617 |
| 14344731 | + | Email/Text: bankruptcydept@kinecta.org | Dec 16 2022 00:27:00 | KINECTA FEDERAL CREDIT UNION, 1440 ROSECRANS AVE, PO BOX 10003, MANHATTAN BEACH, CA 90267-7503 |
| 14318410 | + | Email/Text: bankruptcydept@kinecta.org | Dec 16 2022 00:27:00 | Kinecta Fcu, Attn: Bankruptcy, Po Box 10003, Manhattan Beach, CA 90267-7503 |
| 14318412 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 16 2022 00:27:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14332554 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 16 2022 00:27:00 | Nelnet obo Educational Credit Management Corp, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 14339008 | | Email/PDF: cbp@onemainfinancial.com | Dec 16 2022 00:28:22 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14318416 | + | Email/PDF: cbp@onemainfinancial.com | Dec 16 2022 00:28:10 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14338822 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2022 00:27:00 | PNC BANK, N.A., Attention: Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14318418 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2022 00:27:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14602300 | ^ | MEBN | Dec 16 2022 00:22:28 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14318420 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 16 2022 00:27:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 14318421 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 16 2022 00:27:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14340751 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 16 2022 00:27:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14318413 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14318414 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14318415 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14333454 | * | PNC BANK, NATIONAL ASSOCIATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 15, 2022 | Form ID: 138OBJ | Total Noticed: 31

Date: Dec 17, 2022         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Josand A Bishop dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| THOMAS SONG | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor PNC Bank  NA tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Kinecta Federal Credit Union ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Josand A Bishop
      Debtor(s)                    Case No: 19−12837−mdc
                                          Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/15/22

                                                                                            54 − 53
                                                                                       Form 138OBJ